UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY JETER,

      Plaintiff,        Case No. 1:18-CV-465

v.        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

# ORDER AND JUDGMENT ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 5, 2019. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 5, 2019 (ECF No. 22) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 21) is **GRANTED**. Plaintiff is hereby awarded attorney's fees in the amount of $3,237.50.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $3,237.50 in attorney's fees.

Dated: March 6, 2019        /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE