UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY JETER,

       Plaintiff,

Case No. 1:18-CV-465

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 12, 2019, recommending that the Court grant Plaintiff's motion for attorney fees and award counsel $5,235.00. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 12, 2019 (ECF No. 25) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees pursuant to § 406(b) of the Social Security Act (ECF No. 24) is **GRANTED**. Counsel is awarded fees in the amount of $5,235.00.

Dated: August 28, 2019                                              /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE